In the Matter of J. L. F. BUILDING CORP., Respondent, v. WILLIAM A. GILLCRIST et al., Constituting the Zoning Board of Appeals of the Village of Pleasantville, et al., Appellants.—

Hopkins, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.